FILED
JUN 10 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

JENNIFER MENDIOLA-MOLINA

Case No. 2:19mj333
Court Date: August 15, 2019

## CRIMINAL INFORMATION

(Misdemeanor)- Violation Notice No. 7254813

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 1, 2019, at the Navy Exchange at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JENNIFER MENDIOLA-MOLINA, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov


6 June 2019
_____
Date